**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6               NORTHERN DISTRICT OF CALIFORNIA
7

8  MICHAEL FLINNER,                No. C-13-80154 MISC EMC

9          Petitioner,

10       v.                     <u>**DEATH PENALTY CASE**</u>

11  KEVIN CHAPPELL, Warden of San Quentin  **ORDER TRANSFERRING CAPITAL**
Prison,                               **HABEAS ACTION TO THE DISTRICT**

12                           **COURT FOR THE SOUTHERN**
         Respondent.            **DISTRICT OF CALIFORNIA**

13  _____/

14
15
16       Petitioner was convicted and sentenced to death in San Diego Superior Court.  *See People v.*

17  *Flinner*, No. S123813 (Cal. filed Mar. 29, 2004).  This capital habeas action therefore should be

18  heard in the Southern District of California.  N.D. Cal. Habeas L.R. 2254-22(a); S.D. Cal. Civ. L.R.

19  HC.3(f).  Accordingly, this action is hereby transferred to the District Court for the Southern District

20  of California.  "The Clerk immediately shall advise the Clerk of Court" of the Southern District.

21  N.D. Cal. Habeas L.R. 2254-22(c).

22
23       IT IS SO ORDERED.

24
25  Dated:  July 22, 2013

26

27                              _____
                              EDWARD M. CHEN

28                            United States District Judge