**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   MICHAEL FLINNER,                        No. C-13-80154 MISC EMC
9              Petitioner,
                                            **DEATH PENALTY CASE**
10       v.
11  KEVIN CHAPPELL, Warden of San Quentin   **ORDER TRANSFERRING CAPITAL**
    Prison,                                 **HABEAS ACTION TO THE DISTRICT**
12                                          **COURT FOR THE SOUTHERN**
             Respondent.                    **DISTRICT OF CALIFORNIA**
13  _____/
14
15
16       Petitioner was convicted and sentenced to death in San Diego Superior Court.  *See People v.*
17  *Flinner*, No. S123813 (Cal. filed Mar. 29, 2004).  This capital habeas action therefore should be
18  heard in the Southern District of California.  N.D. Cal. Habeas L.R. 2254-22(a); S.D. Cal. Civ. L.R.
19  HC.3(f).  Accordingly, this action is hereby transferred to the District Court for the Southern District
20  of California.  "The Clerk immediately shall advise the Clerk of Court" of the Southern District.
21  N.D. Cal. Habeas L.R. 2254-22(c).
22
23       IT IS SO ORDERED.
24
25  Dated:  July 22, 2013
26
27                                          _____
                                            EDWARD M. CHEN
28                                          United States District Judge